**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny D. Amaro, ) | No. CV-12-213-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The court has before it plaintiff's Motion for an award of attorney's fees (doc. 29), the government's Response (doc. 30), and plaintiff's Reply (doc. 33).

Plaintiff is entitled to fees only if the government's position was not substantially justified. I have reviewed my Order of October 23, 2012 (doc. 18) and the panel's Memorandum disposition of June 3, 2015 (doc. 26). Respectfully, I am not persuaded that the panel's conclusions are more reasonable than my own. There is a responsible difference of opinion here. This is not uncommon in social security cases in this circuit.

Being the prevailing party on appeal is not sufficient to warrant a fee award. Plaintiff must show that the government's position was not substantially justified. Here, I am of the view that the government's position was more than substantially justified.

///

///

1  Accordingly, it is ORDERED DENYING the plaintiff's Motion for an award of
2  attorney's fees. (Doc. 29).
3  DATED this 1st day of December, 2015.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge